# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | ED CV 16-00101-DMG (DFM) | Date | June 25, 2018 |
|---|---|---|---|
| Title | Larry Gene Oswald, Jr. v. Jeffery Haga et al. | | |

Present: The Honorable **Douglas F. McCormick**

| Nancy Boehme | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:** (In Chambers) Order to Show Cause

Plaintiff filed his first amended complaint in this matter in July 2017. Dkt. 38 ("FAC"). On May 7, 2018, this Court dismissed the FAC with leave to amend. Dkt. 36. The Court ordered Plaintiff to file a second amended complaint ("SAC") by June 11, 2018, or the Court would recommend that the action be dismissed for failure to prosecute. Id. at 9-10.

Plaintiff's deadline to file an SAC has expired. Plaintiff has neither filed an SAC nor sought an extension of time in which to do so. This represents a failure to prosecute. Accordingly, on or before July 9, 2018, Plaintiff is ORDERED to either (a) show good cause in writing, if any exists, why Plaintiff did not timely file an SAC, and why the Court should not dismiss this action for failure to prosecute and failure to comply with the Court's prior order; or (b) serve and file his SAC in the format specified in the Court's May 7, 2018 order. **Plaintiff is expressly forewarned that if he fails to do either, the Court will deem such failure a further violation of a Court order justifying a recommendation of dismissal and also deem such failure as further evidence of a lack of prosecution warranting a recommendation of dismissal.**

                                                                    : 
                                                    Initials of Clerk    nb