UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LARRY GENE OSWALD, JR.,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>JEFFERY HAGA, et al.,<br><br>　　　　　Defendants. | No. ED CV 16-00101-DMG (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

*///*

*///*

*///*

*///*

IT IS THEREFORE ORDERED that this action is dismissed without prejudice for failure to prosecute.

DATED: November 30, 2018

_____
DOLLY M. GEE
United States District Judge