JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LARRY GENE OSWALD, JR., <br><br> Plaintiff, <br><br> v. <br><br> JEFFERY HAGA, et al., <br><br> Defendants. | No. ED CV 16-00101-DMG (DFM) <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: November 30, 2018

_____
DOLLY M. GEE
United States District Judge